# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ROBERT BINKELE,

    Plaintiff,

vs.

ADAM J. AUSLOOS,

    Defendant.

2:19-cv-01079-APG-VCF

**ORDER**

Before the court is Plaintiff's Emergency Motion to Compel Deposition of Defendant and for Related Sanctions (ECF No. 28).

Accordingly,

IT IS HEREBY ORDERED the deadlines to file dispositive motions and joint pretrial order are vacated pending further order of the court.

IT IS FURTHER ORDERED that Plaintiff's Emergency Motion to Compel Deposition of Defendant and for Related Sanctions (ECF No. 28) will be briefed in the ordinary course.

DATED this 13th day of January, 2020.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE