# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ROBERT BINKELE,

    Plaintiff,

vs.

ADAM AUSLOOS,

    Defendant.

2:19-cv-01079-APG-VCF

**ORDER**

    Before the Court are Plaintiff's Emergency Motion to Compel Deposition of Defendant and for Related Sanctions (ECF NO. 28), Defendant's Countermotion for Protective Order (ECF NO. 37), and Motion (1) to Enforce Settlement Agreement, and (2) for Attorneys' Fees and Costs (ECF NO. 40).

    Accordingly,

    IT IS HEREBY ORDERED that the hearing on Plaintiff's Emergency Motion to Compel Deposition of Defendant and for Related Sanctions (ECF NO. 28), Defendant's Countermotion for Protective Order (ECF NO. 37), and Motion (1) to Enforce Settlement Agreement, and (2) for Attorneys' Fees and Costs (ECF NO. 40) scheduled for 3:00 PM, March 20, 2020, is **ADVANCED to 11:00 AM, March 20, 2020**, in Courtroom 3D.

    DATED this 13th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE