# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ROBERT BINKELE,

    Plaintiff,

vs.

ADAM AUSLOOS,

    Defendant.

2:19-cv-01079-APG-VCF

**ORDER**

Due to the evolving health crisis in the community regarding COVID-19, and consistent with the recommendations of the CDC to ensure the safety of the community through social distancing, IT IS HEREBY ORDERED that the hearing on Plaintiff's Emergency Motion to Compel Deposition of Defendant and for Related Sanctions (ECF NO. 28), Defendant's Countermotion for Protective Order (ECF NO. 37), and Motion (1) to Enforce Settlement Agreement, and (2) for Attorneys' Fees and Costs (ECF NO. 40), scheduled for 11:00 AM, March 20, 2020, will be held by telephone.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 17th day of March, 2020.

                                                  CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE