# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| ROBERT BINKELE, | |
|---|---|
| Plaintiff, | 2:19-cv-01079-APG-VCF |
| vs. | **AMENDED ORDER** |
| ADAM AUSLOOS, | |
| Defendant. | |

Due to the evolving health crisis in the community regarding COVID-19, and consistent with the recommendations of the CDC to ensure the safety of the community through social distancing, IT IS HEREBY ORDERED that the hearing on Plaintiff's Emergency Motion to Compel Deposition of Defendant and for Related Sanctions (ECF NO. 28), Defendant's Countermotion for Protective Order (ECF NO. 37), and Motion (1) to Enforce Settlement Agreement, and (2) for Attorneys' Fees and Costs (ECF NO. 40), scheduled for 11:00 AM, March 20, 2020, will be held by telephone.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

DATED this 19th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE