1  ANDREA GANDARA, ESQ. (NV Bar #12580)
   Email: agandara@nevadafirm.com
2  HOLLEY DRIGGS WALCH,
   FINE PUZEY STEIN & THOMPSON
3  400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101
4  Telephone: 702-791-0308
   Facsimile: 702-791-1912
5
   MICHAEL R. AYERS, ESQ. (NV Bar No. 10851)
6  Email: mayers@nevadafirm.com
   HOLLEY DRIGGS WALCH
7  FINE PUZEY STEIN & THOMPSON
   800 S. Meadows Parkway, Suite 800
8  Reno, Nevada 89521
   Telephone: 775-851-8700
9  Facsimile: 775-851-7681
10 JONATHON D. DREWS (*pro hac vice*)
   Illinois Bar No. 6317349
11 Email: jdrews@ulmer.com
   ULMER & BERNE LLP
12 500 W. Madison Street, Suite 3600
   Chicago, Illinois 60661
13 Telephone: 312-658-6000
14 *Attorneys for Robert Binkele*

15                **UNITED STATE DISTRICT COURT**

16             **FOR THE DISTRICT OF NEVADA**

17 ROBERT BINKELE,                    | Case No:      2:19-cv-01079-APG-VCF

18                      Plaintiff,    | **JOINT STIPULATION TO DISMISS**
                                      | **WITHOUT PREJUDICE**
19    v.

20 ADAM J. AUSLOOS,                   |              **ORDER**

21                      Defendant.

22

23        Plaintiff ROBERT BINKELE ("Plaintiff") and Defendant ADAM J. AUSLOOS,

24 ("Defendant"), by and through their respective counsel, file this Joint Stipulation to dismiss the

25 above captioned action without prejudice. On February 5, 2020, Defendant filed a Motion to

26 Enforce Settlement Agreement ("Motion", ECF No. 40). The Parties fully briefed the Motion and

27 the Court set a hearing on the Motion for March 20, 2020 ("Hearing", ECF. No. 46). During the

28 Hearing, the Parties argued their respective positions concerning the Motion, wherein Magistrate

Judge Cam Ferenbach granted the Motion (*see* Order, ECF No. 53). The granting of the Motion requires that Plaintiff dismiss this action and that all actions between the Parties be resolved in binding arbitration before JAMS in Clark County, Nevada. The Parties have initiated the JAMS action, and have been waiting for the Court's order confirming Magistrate Judge Cam Ferenbach's granting of the Motion. Rather than waste time and judicial recourses, the Parties hereby agree and stipulate to dismiss this action without prejudice and to have this Court confirm Magistrate Judge Cam Ferenbach's granting of the Motion. (ECF No. 40). Moreover, the Parties reserve their rights to seek their attorneys' fees and costs incurred in this matter in the JAMS binding arbitration matter (JAMS Ref No. 1260005658).

**IT IS SO STIPULATED.**

Dated this 30th day of April, 2020.

**HOLLEY, DRIGGS, WALCH, FINE, PUZEY, STEIN & THOMPSON**

/s/ Michael R. Ayers
ANDREA GANDARA, ESQ.
Nevada Bar No. 12580
Email: agandara@nevadafirm.com
MICHAEL R. AYERS, ESQ.
Nevada Bar No. 10851
Email: mayers@nevadafirm.com
800 S. Meadows Parkway, Suite 800
Reno, Nevada 89521

JONATHON D. DREWS (*pro hac vice*)
Illinois Bar No. 6317349
Email: jdrews@ulmer.com
ULMER & BERNE LLP
500 W. Madison Street, Suite 3600
Chicago, Illinois 60661

*Attorneys for Robert Binkele*

Dated this 30th day of April, 2020.

**GREENE INFUSO, LLP**

/s/ Keith W. Barlow
Keith W Barlow
Nevada Bar No. 12689
GREENE INFUSO, LLP
3030 S. Jones Blvd;, Ste. 101
Las Vegas, NV 89146
702-570-6000

*Attorney for Adam J. Ausloos*

**IT IS SO ORDERED, this** 30th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE